# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER JORDAN TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CYNTHIA TAMPKINS, Warden,<br><br>　　　　Defendant. | Case No. EDCV 17-1702-PA (JPR)<br><br><br>**J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 12/04/2017

　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　U.S. DISTRICT JUDGE